UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

REQUEST FOR A CERTIFICATE OF GOOD STANDING

OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:23-mc-2

**ATTORNEY INFORMATION**

Full Name: Stella Lee Sainty                           SDNY Bar Code: SL3409

Firm/Company Name: Wachtel Missry LLP

Address: 1 Dag Hammarskjold Plz, 885 2nd Ave., Fl. 47

City: New York                State: NY                Zip: 10017

Phone: ( 212 ) 909 ---- 9532   Email: ssainty@wmllp.com

Date of Admission to the Southern District of NY : 1/14/2014

Requesting:  ✓ Certificate        ☐ Wall Certificate

Signature of Attorney: /s/ Stella Sainty

Note: Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]