UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

## REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:23-mc-2

**ATTORNEY INFORMATION**

Full Name: David Phillip Friedman         SDNY Bar Code: 5387774

Firm/Company Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas

City: New York     State: NY     Zip: 10019

Phone: (212) 337-6562    Email: dfriedman@paulweiss.com

Date of Admission to the Southern District of NY: May 21, 2019

Requesting:  [✓] Certificate    [ ] Wall Certificate

Signature of Attorney: /s/

**Note: Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.**

PRINT