**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WWW.NYSD.USCOURTS.GOV**
**500 PEARL STREET, NEW YORK, NY 10007**
**300 QUARROPAS STREET, WHITE PLAINS, NY 10601**

## REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:23-mc-2

**ATTORNEY INFORMATION**

Full Name: Paris Gyparakis          SDNY Bar Code: 5673975

Firm/Company Name: Porzio, Bromberg & Newman, P.C.

Address: 1675 Broadway Ste 1810

City: New York     State: NY     Zip: 10019

Phone: (212) 265-6888     Email: pgyparakis@pbnlaw.com

Date of Admission to the Southern District of NY: July 2, 2019

Requesting: [✔] Certificate   [ ] Wall Certificate

Signature of Attorney: /s/

**Note: Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.**

[ PRINT ]